1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

MOHAMED NASHER,

10

　　　　　　　　Plaintiff,

11

　　　v.

12

MATSON, INC.; MATSON NAVIGATION;
HORIZON LINES ALASKA VESSELS,

13

LLC; HORIZON KODIAK; MATSON

14

KODIAK; JOHN DOES I through X,

15

　　　　　　　　Defendants.

No. 3:16-cv-05992-MJP

**STIPULATION AND ▮▮▮▮**
**ORDER TO DISMISS ALL CLAIMS**
**WITH PREJUDICE**

16　　　　The parties hereto, plaintiff Mohamed Nasher and defendants Horizon Lines Alaska

17 Vessels, LLC, MATSON KODIAK, Matson Navigation Company, Inc., and Matson, Inc.

18 (collectively "Matson"), by and through their respective counsel, hereby stipulate and agree

19 that all claims that have been or could have been asserted in this action have been settled and

20 shall be dismissed with prejudice and without costs to any party. The parties request that the

21 Court enter the below proposed Order dismissing this action with prejudice and without costs

22 to any party.

23　　　//

24　　　//

25　　　//

26　　　//

STIPULATION AND ▮▮▮▮▮ ORDER
TO DISMISS ALL CLAIMS WITH PREJUDICE -1
(3:16-cv-05992-MJP)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

DATED this 9th day of October, 2017

THE GEISNESS LAW FIRM                    NICOLL BLACK & FEIG PLLC
** via email authority 10/09/17


/s/ Thomas M. Geisness                   /s/ Chris P. Reilly
Thomas M. Geisness, WSBA No. 1878        Chris P. Reilly, WSBA No. 25585
Peter T. Geisness, WSBA No. 30897        *Attorneys for Defendants Horizon Lines Alaska*
*Attorneys for Plaintiff Mohamed Nasher*   *Vessels, LLC, MATSON KODIAK, Matson*
                                         *Navigation Company, Inc., and Matson, Inc.*

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED this 11th day of October, 2017.

The Honorable Marsha J. Pechman
United States Judge

STIPULATION AND ~~[PROPOSED]~~ ORDER
TO DISMISS ALL CLAIMS WITH PREJUDICE -2
(3:16-cv-05992-MJP)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515

## DECLARATION OF SERVICE

I, Chris P. Reilly hereby declare and state as follows:

I am a citizen of the United States and a resident of the State of Washington; I am over the age of eighteen years and not a party to the within action; my business address is Nicoll Black & Feig PLLC, 1325 Fourth Avenue, Suite 1650, Seattle, WA 98101.

On the date set forth below, I caused to be served

- **STIPULATION AND [PROPOSED] ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

in the within matter by arranging for a copy to be delivered on the interested parties in said action, in the manner described below, addressed as follows:

| | |
|---|---|
| *__Attorneys for Plaintiff__*<br>Thomas M. Geisness<br>The Geisness Law Firm<br>Colman Building, Suite 300<br>811 First Avenue<br>Seattle, Washington 98104<br>tom@geisnesslaw.com<br>melinda@geisnesslaw.com | _____ VIA OVERNIGHT MAIL<br>__X__ VIA ECF<br>_____ VIA FACSIMILE<br>_____ VIA U.S. MAIL |

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 9, 2017, at Seattle, Washington.

/s/ Chris P. Reilly
Chris P. Reilly, WSBA No. 25585
*Attorneys for Defendants Horizon Lines Alaska Vessels, LLC, MATSON KODIAK, Matson Navigation Company, Inc., and Matson, Inc.*

STIPULATION AND [PROPOSED] ORDER
TO DISMISS ALL CLAIMS WITH PREJUDICE -3
(3:16-cv-05992-MJP)

LAW OFFICES OF
**NICOLL BLACK & FEIG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
1325 FOURTH AVENUE, SUITE 1650
SEATTLE, WASHINGTON 98101
TEL: 206-838-7555
FAX: 206-838-7515